IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| KATHY RICHARDSON (D) AND CHARLES RICHARDSON, *Plaintiff,* <br><br> v. <br><br> TANDEM DIABETES CARE, INC. *Defendant.* | CIVIL ACTION NO. 2:21-CV-03522 <br><br> JUDGE JAMES D. CAIN, JR. <br><br> MAGISTRATE JUDGE KATHLEEN KAY <br><br> **JURY DEMANDED** |

## DEFENDANT'S MOTION FOR DISMISSAL PURSUANT TO 12(b)(6)

Defendant Tandem Diabetes Care, Inc. ("Tandem Diabetes"), by and through undersigned counsel, hereby moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiffs' Petition for Damages for failure to state a claim, and states as follows:

Plaintiffs' Petition attempts to plead a claim against Tandem Diabetes for product liability of a prescription-only medical device. The Petition, however, is deficient for numerous reasons. First, the Petition seeks to assert claims that fall outside of the four exclusive claims set forth in the Louisiana Products Liability Act ("LPLA"), and all such claims falling outside of its exclusivity, fail as a matter of law. Second, there are no LPLA claims asserted. The Petition's allegations are insufficient under the LPLA and Rule 12(b)(6). Third, the Petition's allegations provide no basis upon which the Court could infer that the product caused the alleged damages or otherwise played a role in the unfortunate death of Charles Richardson's deceased spouse, Kathy Richardson. The LPLA requires that the damages were proximately caused by an unreasonably dangerous defect in the product. The Petition is completely devoid of any allegations of any unreasonably dangerous defect, and it therefore fails to state a valid claim against Tandem Diabetes and should be dismissed.

WHEREFORE, Defendant Tandem Diabetes Care, Inc., respectfully requests that this Honorable Court grant its Motion to Dismiss the Plaintiffs' Petition and for all other appropriate relief.

Dated: March 3, 2022

                                         Respectfully submitted,

                                         */s/ Michael B. Guerry.*
                                         EDWARD T. HAYES, #25700
                                         ALEX P. TILLING, #29686
                                         MICHAEL B. GUERRY, #37145
                                         ehayes@leakeandersson.com
                                         atilling@leakeandersson.com
                                         mguerry@leakeandersson.com
                                         Leake & Andersson, L.L.P.
                                         1100 Poydras Street, Suite 1700
                                         New Orleans, LA  70163
                                         Tel: (504) 585-7500
                                         Fax: (504) 585-7775
                                         *Attorneys for Defendant, Tandem Diabetes Care, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served electronically via the Court's Electronic Case Filing (ECF) System, or via U.S. Mail, first class, postage prepaid, email transmission, facsimile or hand delivery in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on the following counsel of record on the 31st day of March 2022:

                        Pierre F. Gremillion, Esq. - #21629
                      Law Offices of Pierre F. Gremillion, LLC
                                3500 N. Hullen Street
                                Metairie, La. 70002
                            Telephone: (504) 495-3165

                                         */s/ Michael B. Guerry*