UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CHARLES RICHARDSON** | **CASE NO. 2:21-CV-03522** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **TANDEM DIABETES CARE INC** | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion for Dismissal Pursuant to 12(b)(6) (Doc. 15) is **GRANTED** in part and **DISMISSED** in part. The Motion to Dismiss is granted to the extent that Plaintiff, Charles Richardson's claims for inadequate warning claim and a breach of express warranty are **DISMISSED** with prejudice; otherwise, the Motion is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff amend his Petition no later than July 15, 2022, to cure the deficiencies found in the Court's Memorandum Ruling. Failure to do so will result in dismissal of the lawsuit.

**THUS DONE AND SIGNED** in Chambers this 18th day of May, 2022.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**