IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KATHY RICHARDSON (D) AND CHARLES RICHARDSON, *Plaintiff*, | § § § § | CIVIL ACTION NO. 2.21-CV-03522 |
| v. | § § | JUDGE JAMES D. CAIN, JR. |
| TANDEM DIABETES CARE, INC. *Defendant*, | § § § § § | MAGISTRATE JUDGE KATHLEEN KAY **JURY DEMANDED** |

## ORDER
## FOR SECOND EXTENSION OF TIME TO AMEND COMPLAINT

**IT IS HEREBY ORDERED** that Plaintiffs have sixty days (60) from the date of this order to amend Plaintiffs' complaint.

THUS DONE AND SIGNED in Chambers this 19th day of September, 2022.

*[signature]*
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE